**SEALED**

McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
BRIAN W. ENOS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATTERSON<br><br>Defendants. | CASE NO. 1:20-cr-00107 DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 2, 2020 charging the above defendant with violations of 18 U.S.C. § 2252(a)(2) – Receipt of Material Involving the Sexual Exploitation of Minors: 18 U.S.C. § 2253 – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Motion to Seal Indictment

1

DATED: July 2, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: July 2, 2020

*B. McAuliffe*

BARBARA A. McAULIFFE
U.S. Magistrate Judge