McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATTERSON,<br><br>Defendant. | CASE NO. 1:20-CR-00107-DAD-BAM<br><br>MOTION TO UNSEAL INDICTMENT AND [~~PROPOSED~~] ORDER |

The United States of America, by and through its undersigned counsel, hereby moves to unseal the indictment in the above-captioned case. On July 2, 2020, the grand jury returned an indictment in this case, which was sealed to prevent the defendant becoming aware of the charges until an arrest could be made. As the defendant was arrested this morning based upon this indictment, there is no longer a need for the indictment to remain sealed.

Dated: August 21, 2020                    McGREGOR W. SCOTT
                                          United States Attorney

                                    By:   /s/ LAURA D. WITHERS
                                          LAURA D. WITHERS
                                          Assistant United States Attorney

1

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that, for the reasons set forth above, and good cause having been shown, the indictment in this matter be UNSEALED.

Dated:  August  21 , 2020

_____
HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE