1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   CHRISTOPHER PATTERSON

7              UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | Case No. 1:20-CR-00107-DAD-BAM |
11 | Plaintiff, | |
12 | v. | STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE |
13 | CHRISTOPHER PATTERSON, | |
14 | Defendants. | |

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.
17 DROZD AND LAURA WITHERS, ASSISTANT UNITED STATES ATTORNEY:
18     **COMES NOW** Defendant, CHRISTOPHER PATTERSON, by and through his attorney
19 of record, DAVID A. TORRES hereby requesting that the terms of conditions of release be
20 amended.
21     Mr. Patterson resides with his wife and three young children. As such, Mr. Patterson is
22 requesting that he be allowed to go outside of his residence to do general yard would and house
23 maintenance. In speaking to his Pre-Trial Service Officer, it has been requested that his outside
24 duties are limited to one day per week and no more than three hours. In addition, Mr. Patterson
25 will have to submit verification to his PTS Officer.
26 //
27 //
28 //

                                    1

**IT IS SO STIPULATED.**

DATED: February 19, 2021

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
CHRISTOPHER PATTERSON

DATED: February 19, 2021

*/s/Laura Withers*
LAURA WITHERS
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the terms and conditions of release be amended to allow Mr. Patterson out of his home to do yard word and home maintenance, limited to one day per week and no more than three hours. In addition, Mr. Patterson will have to submit verification to his PTS Officer. Mr. Patterson is also ordered to abide by the instructions of his PTS Officer with regard to notification.

IT IS SO ORDERED.

Dated:   **February 23, 2021**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE