| | |
|---|---|
| 1 | TORRES | TORRES STALLINGS |
| 2 | A LAW CORPORATION<br>David A. Torres, SBN: 135059 |
| 3 | 1318 K. Street<br>Bakersfield, CA 93301 |
| 4 | Tel: (661)326-0857 |
| 5 | Email: dtorres@lawtorres.com |
| 6 | Attorney for:<br>CHRISTOPHER PATTERSON |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATTERSON,<br><br>Defendants. | Case No. 1:20-CR-00107 DAD-BAM<br><br>**STIPULATION AND PROPOSED ORDER TO AMEND HOME DETENTION CURFEW** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE BARBARA MCAULIFFE, LAURA D. WITHERS ASSISTANT UNITED STATES ATTORNEY AND FRANK GUERRERO, US PRETRIAL SERVICES

**COMES NOW** Defendant, CHRISTOPHER PATTERSON by and through his attorney of record, DAVID A. TORRES, and at the request of Pretrial Services, hereby move that the court amend the conditions of release.

On August 21, 2020. Mr. Paterson was ordered release on numerous Pretrial conditions and a property bond. The conditions of release regarding **home detention** (7(f)) ordered that he remain inside his residence except for employment; education; religious services; medical, substance abuse, or mental health treatment . . .." The Government and Defense Counsel has been advised by Pretrial Services that defendant, Christopher Patterson is in compliance with the restrictions ordered by the court and Pretrial Services recommends amending the court's

1

previously imposed order as follows:

Curfew: Defendant is to remain inside his residence every day from 9:00 p.m. to 6:00 a.m. or as adjusted by the pretrial services officer for medical; religious services, employment or court-ordered obligations. All prior orders are to remain in full force and effect.

Neither AUSA Laura D. Withers nor PTS Officer Frank Guerrero object to amending the condition.

**IT IS SO STIPULATED.**

DATED: June 7, 2021

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
CHRISTOPHER PATTERSON

DATED: June 7, 2021

*/s/ Laura D. Withers*
LAURA D. WITHERS
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that Christopher Patterson's Pretrial Supervision be amended and his curfew be set from 9:00 p.m. to 6:00 a.m. Mr. Patterson must abide by all the conditions of his release.

IT IS SO ORDERED.

Dated: **June 8, 2021**

UNITED STATES MAGISTRATE JUDGE