**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
CHRISTOPHER PATTERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PATTERSON,<br><br>Defendant | Case No.: 1:20-CR-00107 DAD-BAM<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE MAGISTRATE BARBARA A. MCAULIFFE AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CHRISTOPHER PATTERSON, by and through his attorney of record, DAVID A. TORRES hereby requests that he be allowed to travel to Shaver Lake, California, within the Eastern District, from December 27, 2022, and return January 1, 2023.

Mr. Patterson has informed my office that he and his family would like to travel to Shaver Lake, California, for the New Year's Holiday. Mr. Patterson anticipates leaving on Tuesday, December 27, 2022, and return Sunday, January 1, 2023.  Mr. Patterson will be traveling with his wife, Lisa Patterson and his son, Gavin Patterson (5 years-old), and daughter Adelaide (6 years-old). No other children will be staying in the residence.  Mr. Patterson's

Summary of Pleading - 1

mother-in-law, father-in-law, and wife's grandparents (owners of the home) will also be joining them in the home. Mr. Patterson and his family will be staying at 44287 Shaver Lake Rd. Shaver Lake, California.

    Mr. Patterson was released on his own recognizance to a third-party custodian and his wife, Lise Patterson. Mr. Patterson has been employed at Braun Electric as an electrical designer. Mr. Patterson has been on pretrial release since August 2020 and is being supervised by United States Pretrial Officer Frank Guerrero, who respectfully will defer to the Court. Mr. Patterson is subject to local monitoring; however, he will not be monitored during his stay at Shaver Lake. He has no violations since being placed on release and checks in with Pretrial Services as ordered by the court. Mr. Patterson is scheduled for a change of plea hearing on Monday February 13, 2023.

**IT IS SO STIPULATED.**

                                                            Respectfully Submitted,

DATED:  December 12, 2022                **/s/   David A. Torres**
                                                        DAVID A. TORRES
                                                        Attorney for Defendant
                                                        CHRISTOPHER PATTERSON

DATE: December 12, 2022                   **/s/ Brian Enos**
                                                        BRIAN ENOS
                                                        Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that defendant be allowed to travel to 44287 Shaver Lake Rd. Shaver Lake, CA, from December 27, 2022, and return January 1, 2023.

Dated: 12/13/2022

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE