1  PHILLIP A. TALBERT
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | Case No: 1:20-cr-00107 ADA/BAM |
12 | Plaintiff, | **STIPULATION TO CONTINUE FEBRUARY 13, 2023 CHANGE OF PLEA HEARING TO APRIL 17, 2023; ORDER** |
13 | | |
14 | v. | |
15 | | Ctrm: 1<br>Date: April 17, 2023<br>Time: 8:30 am |
16 | CHRISTOPHER PATTERSON, | |
17 | Defendant. | Hon. Ana de Alba |

20  **STIPULATION**

21  THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United

22  States Attorney, Brian W. Enos, on behalf of the government, and David A. Torres, Esq., on behalf of

23  defendant Christopher Patterson ("Patterson"), that this action's February 13, 2023 change of plea

24  hearing be continued to Monday, April 17, 2023, at 8:30 am and in Courtroom 1.

25  The parties base this stipulation on good cause and therefore ask the court to endorse this

26  stipulation by way of formal order. Specifically,

27      1.    In December 2022, and after extensive negotiations and thorough analyses of the

28

1

evidence underlying this case, the parties tentatively reached an agreement resolving it in advance of trial. A plea agreement had been delivered to the defense, and the parties stipulated to vacating a December 14, 2022 status conference and setting a February 13, 2023 change of plea hearing before Courtroom 1. Dkt. 48. The court endorsed the parties' stipulation by way of formal order. Dkt. 49.

2. Since the setting of the change of plea hearing, defense counsel met with Mr. Patterson to review the terms of the government's written plea offer in detail prior to signing. As part of this meeting, Mr. Patterson raised a single issue with defense counsel that related to one component of the sentencing guidelines calculations contained therein. Defense counsel and counsel for the government have since discussed this issue, and pursuant to the same government counsel agreed to re-visit the electronic evidence in this case, with the government's lead agent, at HSI's offices in Bakersfield.

3. The parties have since compared respective calendars and met and conferred about available dates wherein they could both appear at a continued change of plea hearing. Defense counsel is currently in a jury trial in state court that is scheduled to continue through the middle of March 2023 (*People v. Pierce, et al.*, Kern County Superior Court, Case No. BF179192). The parties have nevertheless also cleared potential hearing dates with chambers of Courtroom 1. In light of these efforts, the parties and district court are all available for a continued change of plea hearing to take place on Monday, April 17, 2023 (8:30am). In light of these efforts, the parties ask the court to endorse their stipulation to continue the February 13, 2023 change of plea hearing to April 17, 2023.

4. The parties therefore stipulate that the period of time from February 13, 2023 through April 17, 2023 is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 7, 2023                           PHILLIP A. TALBERT
                                                  United States Attorney

                                            By:   /s/ Brian W. Enos
                                                  Brian W. Enos
                                                  Assistant United States Attorney

                                                  (*As authorized 2/7/23*)

Dated: February 7, 2023                     By:   /s/ David A. Torres, Esq.
                                                  David A. Torres, Esq.
                                                  Attorney for Defendant
                                                  Christopher Patterson

**O R D E R**

IT IS ORDERED that the February 13, 2023 change of plea hearing is continued to Monday, April 17, 2023, at 8:30 am and in Courtroom 1.

IT IS FURTHER ORDERED THAT the period of time from February 13, 2023 through April 17, 2023 is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   February 9, 2023

UNITED STATES DISTRICT JUDGE