PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-107-ADA-BAM |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL DATE; FINDINGS AND ORDER |
| v. | |
| CHRISTOPHER PATTERSON, | DATE: July 26, 2023 |
| Defendant. | TIME: 1:00 p.m. |
| | JUDGE: Hon. Barbara A. McAuliffe |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on July 26, 2023 at 1:00 p.m. before Magistrate Judge McAuliffe.

2.      By this stipulation, the parties now move to vacate the status conference and set the matter for jury trial as to defendant Christopher Patterson for **January 17, 2024, at 8:30 a.m.**, and to exclude time between the date of this stipulation and January 17, 2024 under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3.      The parties agree and stipulate, and request that the Court find the following:

a.     The government has represented that the discovery associated with this case, including investigative reports and related documents, has been either produced directly to counsel and/or made available for inspection and copying.  Furthermore, the government made a plea offer to defendant Patterson, which was rejected in favor of a jury trial.  The defendant requests a trial date of January 17, 2024, to allow adequate time for investigation and trial preparation.  The government joins in the request for this trial date.

c.     By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through and including July 26, 2024 for *inter alia* further investigation and preparation.  The parties further request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including January 17, 2024, to allow the defendant to continue to consult with counsel, to further review discovery, conduct further investigation, and fully prepare for trial.

d.     Counsel for defendant believes that failure to grant the above-requested continuance/time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.     The government does not object to, and agrees to, the continuance/time exclusion.

f.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to January 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action

1    outweigh the best interest of the public and the defendant in a speedy trial.

2         4.    Nothing in this stipulation and order shall preclude a finding that other provisions of

3    the Speedy Trial Act dictate that additional time periods are excludable from the period

4    within which a trial must commence.

5    IT IS SO STIPULATED.

6    DATED:      July 17, 2023

7

8                              /s/David Torres_____
                               DAVID TORRES
9                              Counsel for Defendant
                               CHRISTOPHER PATTERSON
10

11   DATED:      July 17, 2023

12
                               /s/ Henry Z. Carbajal III_____
13                             HENRY Z. CARBAJAL III
                               Assistant United States Attorney
14

15                              **<u>ORDER</u>**

16        IT IS SO ORDERED that the status conference set for July 26, 2023, is vacated. A jury trial is

17   set for **January 17, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is

18   **<u>3-4 days</u>**.  A trial confirmation is set for **January 2, 2024, at 8:30 a.m. before District Judge Ana**

19   **de Alba**. Time is excluded through trial pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and

20   3161(h)(7)(B)(i) and (iv).

21

22   IT IS SO ORDERED.

23
     Dated:   **July 18, 2023**            /s/ *Barbara A. McAuliffe*_____
24                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                    3