**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
CHRISTOPHER PATTERSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER PATTERSON,<br><br>　　　　　Defendant | )  Case No.: 1:20-CR-00107-ADA-BAM<br>)<br>)  **STIPULATION AND PROPOSED ORDER**<br>)  **TO RESET TRIAL CONFIRMATION**<br>)  **AND TRIAL DATE**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de ALBA AND BRITTANY GUNTER, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, CHRISTOPHER PATTERSON, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the trial confirmation hearing currently set for Monday, January 8, 2023, be reset to Tuesday, May 7, 2024, and the trial date currently set for Wednesday, January 17, 2024, be reset to Tuesday, May 21, 2024.

　　Counsel is requesting to continue the matter of US v. Christopher Patterson 1:20-CR-00107-ADA-BAM from Monday, January 8, 2024 to Tuesday, May 7, 2024 and Wednesday, January 17, 2024, to Tuesday, May 21, 2024. Counsel is currently set to undergo trial in the matter of *United States v. Charles Barrett 1:22-CR-00213-ADA-BAM* on February 6, 2024. Counsel has met and conferred with our respective witnesses and trial schedules regarding availability to proceed on the above-captioned matter. The additional time would allow

counsel additional trial preparation time to include preparation of witnesses and experts as well as further investigation needed in the reparation of the defense. It is my understanding that AUSA Britany Gunter is not objecting to said continuance. All counsel have communicated said dates with madam clerk.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 11/28/2023         */s/ David A Torres*
                          DAVID A. TORRES
                          Attorney for Defendant
                          CHRISTOPHER PATTERSON


DATED: 11/28/2023         */s/ Brittany Gunter*
                          Brittany Gunter
                          Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the trial confirmation date currently set for Monday, January 8, 2024 be reset to Tuesday, May 7, 2024 at 8:30 a.m., and the trial date currently set for Wednesday, January 17, 2024, be reset to Tuesday, May 21, 2024 at 8:30 a.m. Finally, the parties agree that the period from January 17, 2024 and May 21, 2024, should be excluded. Fed. R. Crim. P. 5.1(d); 18 U.S.C. §3161(h)(7)(A) and (h)(7)(B)(iv).
IT IS SO ORDERED.

Dated:   **November 29, 2023**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Reset Trial Dates
2