PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PATTERSON,<br><br>Defendant. | CASE NO. 1:20-CR-00107-NODJ-BAM<br><br>STIPULATION TO SET MOTIONS BRIEFING SCHEDULE AND MOTIONS HEARING; ORDER |

The United States of America, by and through its counsel of record, and defendant Christopher Patterson, by and through defendant's counsel of record, David Torres, hereby stipulate as follows:

1. By previous order, the Court set this matter for a jury trial on May 21, 2024, with a trial confirmation hearing on May 7, 2024. ECF 67.

2. On March 1, 2024, the Court issued a minute order setting the case for a status conference on April 10, 2024. ECF 69. The Court also ordered the parties to submit a joint status report by April 5, 2024, addressing motions the parties anticipate filing and proposing a briefing schedule. ECF 69.

3. The parties have met and conferred and agreed to a briefing schedule. The motion filing deadline predates the status conference on April 10, 2024. Accordingly, the parties request that the Court approve the following schedule for pretrial motions in advance of the status conference:

   a) Each party shall file pretrial motions or motions in limine by April 1, 2024.

b)   Each party shall file oppositions to the other party's motions by April 15, 2024.

c)   Each party shall file replies to the other party's opposition by April 22, 2024.

4.   The parties jointly request that the Court set a hearing to address the motions on April 29, 2024.

IT IS SO STIPULATED.

| Dated:  March 7, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
|  | /s/ BRITTANY M. GUNTER<br>BRITTANY M. GUNTER<br>Assistant United States Attorney |
| Dated:  March 7, 2023 | /s/ DAVID TORRES<br>DAVID TORRES<br>Counsel for Defendant |

### ORDER

IT IS ORDERED that the Court will conduct a hearing on any pretrial motions and motions in limine on April 29, 2024.  The Court adopts the proposed briefing schedule set forth in the parties' stipulation above.

IT IS SO ORDERED.

DATED:  March 8, 2024.

CHIEF UNITED STATES DISTRICT JUDGE