PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00107-NODJ-BAM |
| Plaintiff, | STIPULATION TO CONVERT TRIAL CONFIRMATION HEARING TO CHANGE OF PLEA HEARING AND TO VACATE TRIAL AND MOTION HEARING DATES; AND ORDER |
| v. | |
| CHRISTOPHER PATTERSON, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court set this matter for a jury trial on May 21, 2024, with a trial confirmation hearing on May 7, 2024. ECF 67. The Court also set a motions hearing on April 29, 2024. ECF 72.

2. On April 15, 2024, the parties reached a resolution and filed a signed plea agreement, resolving this case before the trial confirmation hearing. ECF 78.

3. The parties therefore request that the Court convert the trial confirmation hearing on May 7, 2024, to a change of plea hearing.

4. The parties also request that the Court vacate the May 21, 2024, trial date, as well as the motions hearing on April 29, 2024.

1

5. The Court previously excluded time through May 21, 2024. ECF 67.

IT IS SO STIPULATED.

Dated:  April 16, 2024                                          PHILLIP A. TALBERT
                                                                United States Attorney

                                                                /s/ BRITTANY M. GUNTER
                                                                BRITTANY M. GUNTER
                                                                Assistant United States Attorney

Dated:  April 19, 2024                                          /s/ DAVID TORRES
                                                                DAVID TORRES
                                                                Counsel for Defendant
                                                                CHRISTOPHER PATTERSON

## ORDER

IT IS ORDERED that the trial confirmation hearing set for **May 7, 2024**, **at 8:30 a.m. in Courtroom 5 before the District Court Judge** is hereby converted to a change of plea hearing. The motions hearing set for April 29, 2024, and the trial date set for May 21, 2024, are hereby VACATED. Time was previously excluded through May 21, 2024.

IT IS SO ORDERED.

Dated:   **April 22, 2024**                                     /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE

2